No. 2023-1137

# United States Court of Appeals
# for the Federal Circuit

———————————

3G LICENSING, S.A.,

*Appellant,*

v.

HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, INC., TCL
COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE
INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC.,
TCT MOBILE (US) HOLDINGS, INC., TELIT CINTERION DEUTSCHLAND
GMBH, F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH

*Appellee.*

———————————

On Appeal from the USPTO Patent Trial and Appeal Board
in *Inter Partes* Review No. IPR2021-00584

---

**APPELLANT 3G LICENSING, S.A.'S UNOPPOSED MOTION
TO APPEAR REMOTELY FOR OR RESCHEDULE ORAL ARGUMENT**

---

Andrew Peter DeMarco
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

*Attorney for Appellant
3G Licensing, S.A.*

July 3, 2024

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1137

**Short Case Caption** 3G Licensing, S.A. v. Honeywell International, Inc.

**Filing Party/Entity** 3G Licensing, S.A.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/03/2024

Signature: /s/ Andrew Peter DeMarco

Name: Andrew Peter DeMarco

**FORM 9. Certificate of Interest**

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| 3G Licensing, S.A. | | Sisvel International S.A. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☑   None/Not Applicable            ☐   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)   ☐   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable            ☐   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Pursuant to the Court's Revised Protocols for In-Person Argument (November 15, 2022) ("RPIPA") and Federal Rule of Appellate Procedure 34(b), Appellant 3G Licensing S.A. ("3G") respectfully moves unopposed to appear remotely for or to reschedule the oral argument in these appeals calendared for July 10, 2024 before the Court.

Undersigned counsel is scheduled to present oral argument on behalf of 3G and recently tested positive for COVID-19.  Though counsel hopes that the infection will resolve prior to the argument, the RPIPA states that counsel cannot enter the National Courts Building within fourteen days of a positive test.  *See* RPIPA at 1 ("No person may enter the National Courts Building if they: tested positive for COVID-19 within the previous 14 days ...").  As advised by the RPIPA, undersigned counsel also contacted the Clerk's Office, which informed counsel that filing the instant motion would the best course of action.  Other counsel representing Sisvel in this appeal are not able to appear in-person next week to substitute for undersigned counsel in light of preparation requirements, travel, and/or professional conflicts.

Accordingly, 3G respectfully moves to allow undersigned counsel to appear remotely for argument on July 10, 2024, or to reschedule oral argument to a time convenient for the Court to allow undersigned counsel to appear for argument under the 14 day restrictions of the RPIPA.

Counsel for Appellees was contacted regarding this motion, and stated that there is no opposition, no response will be filed, that their preference would be to reschedule oral argument to allow undersignee counsel to fully prepare and argue when not ill, and that accordingly, arguing counsel for Appellees would soon be filing an updated form to notify the Court as to their conflicts for dates in August (namely, August 7-9).

July 3, 2024

Respectfully submitted,

*/s/ Andrew Peter DeMarco*
Andrew Peter DeMarco
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

*Attorney for Appellant*
*3G Licensing, S.A.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing brief complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared in a proportionally spaced typeface in 14-point font and includes 291 words, excluding the parts exempted under those Rules.

*/s/ Andrew Peter DeMarco*
Andrew Peter DeMarco

*Attorney for Appellant*
*3G Licensing, S.A.*