# United States Court of Appeals for the Federal Circuit

---

**3G LICENSING, S.A.,**
*Appellant*

v.

**HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, TELIT CINTERION DEUTSCHLAND GMBH, f/d/b/a Thales DIS AIS Deutschland GmbH,**
*Appellees*

---

2023-1137

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00584.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 31, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 6, 2024
Date

Jarrett B. Perlow
Clerk of Court